IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) CIVIL ACTION |
| vs. | ) NO. 17 C 6700 |
| J & B MECHANICAL, INC., an Illinois corporation, | ) JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant. | ) |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, J & B MECHANICAL, INC., an Illinois corporation, in the total amount of $21,580.67, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,630.25.

On October 2, 2017, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Illinois Secretary of State, Department of Business Services) (a copy of the Summons and Affidavit of Compliance for Service on Secretary of State is attached hereto). Therefore, Defendant's answer was due on October 23, 2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>21st</u> day of <u>November 2017</u>:

        Ms. Jo Slavich, Registered Agent
        J & B Mechanical, Inc.
        128 West Pratt Boulevard
        Schaumburg, IL   60172

        Jesse White
        Secretary of State
        Department of Business Services
        Attn: File #59393251
        Springfield, IL   62756

                                                        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\J & B Mechanical\#27573\motion for default and judgment.cms.df.wpd